FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00285-CV

### Trial Court No. 14-1581-A

**LandWorks, Inc.**

**Vs.**

**R2 Energy Services, LLC and R2 Data Entry Services, LLC**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Mary M Skeeters |
| Motion fee | $10.00 | Susan Whitehurst |
| Motion fee | $10.00 | Michael E. Jones |
| Clerk's record | $697.20 | Potter Minton |
| Filing | $100.00 | Potter Minton |
| Supreme Court chapter 51 fee | $50.00 | Potter Minton |
| Required Texas.gov efiling fee | $20.00 | Potter Minton |
| Indigent | $25.00 | Potter Minton |
| **TOTAL:** | $922.20 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 12th day of March 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk